

Opinions of the United
States Court of Appeals
for the Third Circuit

12-28-2005

# Jiang v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-2920

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Jiang v. Atty Gen USA" (2005). *2005 Decisions.* Paper 43.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/43

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 04-2920
_____

AI XUN JIANG,

                              Petitioner,

                vs.

Attorney General of the United States,

                              Respondent.


On Petition for Review of an Order of the
Board of Immigration Appeals
U.S. Department of Justice, Executive Office for Immigration Review
(BIA No. A78 726 602)
and an Order of
Immigration Judge Donald V. Ferlise
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 8, 2005
_____

Before: ROTH, FUENTES, and GARTH, <u>Circuit</u> <u>Judges</u>
_____

**ORDER**


We hereby amend the opinion in the above-captioned case that was filed on

December 27, 2005 so that the phrase "see footnote 5 " at lines 6-7 on page 11 is changed

to read "see footnote 4."

By the Court,


/s/ Leonard I. Garth
Circuit Judge

Dated:    December 28, 2005